UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE

03/24/2008
DATE OF PROCEEDINGS

JUDGE JOSEPH H. RODRIGUEZ

COURT REPORTER: Stephen Daner

Other(s)_____

Docket # CIVIL 03-1473

TITLE OF CASE:
JOHN M. FLOYD & ASSOCIATES, INC.
      Plaintiff
    v.
OCEAN CITY HOME SAVINGS BANK
      Defendants

APPEARANCES:
David A. Sokasits, Esquire for Plaintiff
John R. Mininno, Esquire for Defendants

NATURE OF PROCEEDINGS:   TRIAL
Trial with jury moved before the Honorable Joseph H. Rodriguez
Ordered jurors drawn; jurors drawn
The Court commenced voir dire of jury
Number of Jurors: 8
Number of challenges: 4
Ordered jury sworn; jury sworn.
David A. Sokasits opens for plaintiff
John R. Mininno opens for defendant
Mark Roe sworn for plaintiff
Trial w/jury adjourned until 3/25/08 at 9:30 am.

Adjourned to: _____ Time commenced: 9:30 am  Time Adjourned: 12:00 pm
               Time commenced: 1:00 pm Time Adjourned:   4:30 pm


Total time <u>6 hours</u>

                        s/ *David Bruey*
                        DEPUTY CLERK